Good morning, Your Honours. Victoria Bisman. May I please the Court? I would like to argue for Petitioner Karina Karapetyan. Well, first of all, I would like to say that this is a pre-real ID case, thus corroborative evidence is not required. A J conclusion that Petitioner is not credible is mainly because she could not provide explanations that he wanted to hear. I believe that Immigration Judge Erk in impermissibly speculating and engaging in conjecture in finding Petitioner's account a fantastic claim of alleged secret documents, espionage, and high-level murder conspiracy in Colorado. Let me just interrupt you to say what I really think is the big problem for her is that she reports this to the prosecutor, gets no response, gets a threat, and then she writes the same office again. Now, she's not an idiot. Why would anybody do that? Why? Because, and I would like to back up and give you some background on Armenia. Maybe that would help the Court to understand. The procurator, because I call him, you know, like Hendrik Khachatryan, Procurator General, as properly, you know, as his proper title. He was a highly respected individual in Armenia, and many people believed that Khachatryan would do something that he stands for the people, that he is not as corrupted. All right, but she knows the first time she wrote him, somebody, maybe somebody more down the line, and got the thing and tipped off the people who were implicated. Why does she think the same thing won't happen again? Well, because people tend to believe that the good will prevail. And I understand that sometimes it's difficult to understand the motives of the people from another country. But, Your Honor, you have to take into consideration that what seems to be unreasonable to you does seem reasonable to her, because she believes that that's the only way to handle it. In order to understand, with the Court permission, let me tell you something about the background, what was going on at that time in Armenia, so it might help you to understand the situation. Is it going to help us believe what she says? Yes. It's truthful. In October of 1996, KGB and Internal Affairs became one, Ministry of Internal Affairs and National Security, under Serge Sarkissian, who is presently President of Armenia. Okay? Then, at the same time, at that time, Vano Sergadelian, he became Mayor of Yerevan. And Prime Minister of Armenia became Armen Sarkissian. Where does Petitioner fit in this? I will explain. Explain a little faster, because I don't really care about the rest of it. I'll accept as a given some bad things are going on in Armenia. That doesn't matter, unless Petitioner is connected somehow and has a reason to be at risk. And her story, maybe it's true. It is. I've seen the Born Conspiracy. Funny things happen. She tells a story which, Judge Noonan points out, is, at best, illogical. And now you're trying to find something to make us believe that she did the illogical thing. None of this speaks to that at all. Your Honor, to make it, you know, like, in regard to what's going on with Vano Sergadelian, it's 2010. The investigation is still going on. Okay? In order to understand what's... Where does Petitioner fit in this? Where she fits in it, she was a secretary at the Ministry of Internal Affairs. Did she keep copies of things she did in her official capacity? She provided the copies to some of the... When she wrote letters for herself, though, she apparently did not keep copies. She did not keep the copies for herself. She knew the importance of keeping copies because, according to her story, this Omega Report is something she made a copy of and hid away secretly in her house. But she chose not to keep copies of things or try to hide away in her house that would corroborate her story? Is that correct? But would you understand that somebody would be highly scared of what had happened to her to keep those copies and to provide... And she distributed later, so she must have confidence in her ability to hide things. She hides some of it, but the issue is, can she bring it here to the United States? Did she understand when she was coming to the United States that she needs to bring those copies? How much people know about the process of asylum when they are fleeing the Armenia? I understand that it might be unreasonable to somebody who is born here, but unfortunately for myself, or fortunately I am from that part of the world, and I know that when I left the country, it was the farthest thing on my mind that I need to bring the documents to corroborate that my family was persecuted in Ukraine. I did not know what I was supposed to bring with me. Okay? In regard that, yes, she could not explain, people get scared. And, you know, like if you see the judge that looks at you and he doesn't believe you, and you could read it in his face and in his eyes that, yes, he already condemned you. He believes that it's highly improbable that, you know, like you're telling the truthful story. Yes, you start to stutter. You're afraid to say the next, you know... But she understands that on some level, because she doesn't simply go to a newspaper or a reporter or even to the prosecutor and say, I've got this story to tell. She knows the importance of being able to corroborate her story. She kept a copy of this Omega report. That's what she's distributing. So on some level, she must understand that just walking around telling a story isn't by itself enough. And yet you tell her, you tell us that she didn't feel the need to corroborate anything when she came to this country? But there is a difference. Can she get the documents out of the country? Did she know at the time that she came to this country? Did she testify that she made an effort and they were intercepted or she mailed them and they were picked up? She was not even questioned on that issue. Okay? That never came up. Why would not she ask, you know, like... But it certainly would have been an important part of satisfying her obligation to make her case if she has a friend that she has trusted the Omega report to, who still retains a copy of that report, to do what she could to try and get it out. I agree, but unfortunately, I did not represent her in initial proceedings. And if I would, yes, I would probably handle the case completely differently. But it was not my case. And I had the cases before Judge Ipema, and I know that he likes to have hardcore evidence, and I usually provide him with, you know, like, the documents. But she was represented by Terence Maguire, who no longer practices law because he has been disbarred. His way of handling the case was that he wanted to present the documents he wanted to present. But I would like to point to the court that she did present some documents to the court. She had the copies that she and her husband were members of the INM. She presented the copy from the hospital. She presented ample of documents, the documents that she could obtain. She also had the witness who was supposed to testify, and who was on the witness list, Havanese and Susanna. But then the attorney decided not to put her on a stand. I cannot say that it was ineffective assistance because I don't know. Maybe that was his approach to handling the case. But he was. Let me tell you, since I've seen his cases, he was a thoroughly incompetent lawyer who should have been. Thank you, Your Honor. Grown out a long time ago. But you haven't made that an issue, I guess. I presented the documents that, you know, like, I'm saying that I would handle it differently, but. But you haven't made his incompetence the grounds for this appeal. No, Your Honor. Okay. However, my point is that the Omega Group still exists. It's a Department of National Security. Do you have any evidence that the Omega Group still exists? Your Honor, I was. Anything in the record? It's not in the record. I was trying to bring Armand Babajanyan as the expert witness so that, because he's much better, you know, like. So who knows if the Omega Group still exists? How do we know that? Your Honor, the only way is, you know, like, I obtained information from Armand Babajanyan. He's a political, he was a political prisoner. He's, you know, mentioned in U.S. country report. Is there anything in the State Department reports? There is nothing. This is highly secretive information. How could State Department has the information on organization of the Armenian National Security? So what has happened to the head of it? Is he in hiding? Yes. He's still, you know, like, you know, like, in hiding, supposedly. But he's not in power. He's not in power. But my argument is that if the government wanted to catch him, they would have caught him. They would have put him in jail. No, he has information about many people in power in Armenia. And they do not want to put him in jail. In Armenia, they have all the time some sort of side agreements. The people that were enemies at one point, two months later, they become, you know, like, they form an allegiance. Then three months later, again, they are enemies. It's difficult to follow. But the point is, and that's what I was trying to say, that the people who are behind the power today in Armenia, they are supported in a way by the Russian government. And how do I know it? Well, I don't really care how you know it because it's not in the record. It's not in the record. Is there anything we can pay attention to? And my point is that this case should be remanded because there is no inconsistency that pointed by the RJ. The only thing that he points out is he does not believe her because it does not seem reasonable to him. Did you make any effort to get a copy of the Omega report and then try and move for reopening before the board? It's impossible at this point because the long time had passed. You know, like, the case came to me when it was already, what, five years old, and she has no way to get any additional documents from Armenia. The only way to support her claim is to have an expert witness who could testify as to the validity of her claim. And unfortunately, this court, I mean, I could not. I was trying to bring, as I stated, the expert witness to this proceedings, but it's impossible. Why don't we hear from the government? We'll still give you a brief opportunity for rebuttal. Good morning, Your Honor. This may please the Court. I'm Anthony McCaster, representing the Attorney General in this case. Your Honor, I'll focus on the two significant implausibilities in a petitioner's story that really go to the heart of the case. And it's already been alluded to by Judge Noonan on the first implausibility, that being the letters to the prosecutor concerning this file, this Omega file, that allegedly petitioner found inadvertently, made copies of, smuggled it out of her office, and thereby, by her own admission, exposed herself to criminal liability, yet has provided no copies of either the first letters to the prosecutor. But the implausibility comes on the second letter to the prosecutor, which she admits the only two people who knew about this Omega file at the time she took it from her office was her husband and the prosecutor. That's it. So evidently, after the first letter and the mistreatment that she received after sending that, she has explained to the immigration judge that she somehow wanted to send another letter after suffering what she described as horrendous treatment, that she sends a second letter to the same office. But what's interesting is not only the implausibility of sending that second letter, but her explanation for sending such a letter, because she was offered an opportunity to explain, why would you do something like this? And she said, simply, I thought that sending the second letter, that prosecutor would get it and then forward it to his boss. I guess the implausibility of that speaks volumes as to what she, about her claim. Of course, I remain a fan of the Chicago Cubs year after year, and it seems to be slow on my part to pick up that maybe that's not a good idea. No, Your Honor, I'm a Jet fan and a Met fan. And I suffer through the same things. But in relation to that, that goes directly to her entire claim, because that is what her claim is based on, this Omega file that she smuggled out, that somehow she was going to bring justice and expose the head of the party as being the one who ordered the assassinations of government officials that looked like suicides. That is her claim. The second major implausibility refers to the March 1998 meeting that she went to at party headquarters in front of party members and stands up and makes a speech that outlines this entire Omega file incident and who's responsible and the party's responsible and the head of the party's responsible. And she denounces the ANM in its own building, but then does not bring the Omega file that she has. I mean, she has this document. There's no doubt that she has a document, that she safely secured it from being discovered by the state. But she does not bring it. And as the immigration judge said, it seems implausible that you would come to a meeting of the headquarters and denounce this political party and say that the head is responsible for assassinations and not bring any evidence to support that. And it's interesting that in her testimony, when she was discussing why she did this, she said she wanted to make it known to everybody what is going on with the Omega files. Well, she had her opportunity and she didn't bring it. And again, she was asked to give the explanation for this because the implausibility was on its face tremendous. So the immigration judge gave her a chance to say, well, why didn't you do this? I mean, it just makes sense. You have it. Bring it. And let the chips fall where they may. Her response was it was too dangerous to bring it or that it was not customary to bring documents to such a meeting. What I submit is there could be nothing more dangerous than standing up in a party building and informing party members that the head of the party is responsible for assassinations yet have no evidence to back that up at all. And finally, to add to that... Do we have any evidence? Is there any evidence in the record that would corroborate her story that she even made a speech at that rally? Do we have a newspaper account? Nothing, Your Honor. Corroboration from other people? No, Your Honor. Only her testimony. And I would submit that she's had, I mean, after she testified, there was another break of another month or so to get testimony from another witness because time was running out. So she had the opportunity to continue to get corroboration evidence, bring it to the judge, because she knew at that point that her problem was the implausibility of her story. You need something to back it up, some documents. I mean, you know you have the documents. You work in an area where you're the executive secretary in a government building. You know how to copy documents. In fact, you took a tremendous risk by your own testimony of copying documents that subject you to criminal liability if caught, yet you did nothing to bring corroborating documents here. And these are your own letters. It's not like, as this Court has seen, corroborating documents from the government to show that they tortured you or that they persecuted you or that they threatened you. These are her own letters. She offered them, drafted them. She clearly has access to them. She simply could have brought one, two, or three letters that she wrote. She brought nothing. And that, in turn, was fatal to her claim. Your Honor, subject to the Court's questions, that concludes the government's argument at this point. Thank you. Thank you. We've actually fused up your time, but I promised a brief rebuttal, so. Your Honor, I would like to state the following. First of all, people, once again, you have to take into consideration the custom of the country from where the petitioner came. It's not customary for people to make copies of the letters that they sent to the authorities. She could not provide those letters. I don't believe that. You just told me in response to my earlier question that she understood in her position that, yes, she maintained copies of letters. Your Honor, it was 1999. People do not have personal copiers at home. People do not have access. There is not that many copy places around in Yerevan just to go and make copies of those letters. The irony is that she was an archivist. That is their business, is to keep copies of things. This was a dangerous thing. I want to ask you the question that I asked the opposing counsel just a minute ago. Is there any evidence in the record other than her testimony that she made a speech at party headquarters? There was a person who was supposed to testify who was a member of that party as well. But somebody who didn't testify. She did not. She did not testify. So we have no evidence in the record, no newspaper accounts, nothing to show that she actually made a speech. The only thing that she had provided statement to Mr. Maguire and that she was listed on the witness list that she would testify. And she did came to all the court hearings and she was available to testify. She was, as a matter of fact, in court on that day when the judge granted a decision. Thank you for the argument. Thank both counsel for their helpful arguments. The case just argued is submitted.
judges: Noonan, Clifton, Bybee